

NUMBER 13-06-00284-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**FRED PERLSTEIN,** **Appellant,**

**v.**

**D. STELLER 3, LTD.,** **Appellee.**

On appeal from the 138th District Court of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Justices Yañez, Rodriguez, and Benavides**
**Memorandum Opinion Per Curiam**

This appeal was abated by this Court on December 21, 2006, due to the bankruptcy of one of the parties to this appeal. *See* 11 U.S.C. § 362; *see generally* TEX. R. APP. P. 8. Since the abatement there has been no activity in this appeal. On April 30, 2009, the Court ordered the parties to file an advisory regarding the status of the appeal and, if applicable, a motion to reinstate the appeal or a motion to dismiss the appeal. The order

notified the parties that failure to respond to the order would result in reinstatement and dismissal of the appeal for want of prosecution.

The parties have failed to respond. Accordingly, we reinstate and dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b).

PER CURIAM

Memorandum Opinion delivered and
filed this the 11th day of June, 2009.

2